|  | * | IN THE |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | AG No. 53 |
| JASON D. LAMM | * | September Term, 2023 |
|  | * |  |

# O R D E R

Upon consideration of the Joint Petition for Reprimand by Consent in which the parties advise that the Respondent agrees that his conduct, as alleged in Exhibit 1 to the Joint Petition (November 6, 2023 order of admonition with probation by the Attorney Discipline Probable Cause Committee of the Supreme Court of Arizona), violated Rules 1.7(a)(2) and 1.9 of the Maryland Attorneys' Rules of Professional Conduct, it is this 17th day of June 2024,

ORDERED, by the Supreme Court of Maryland, that the Respondent, Jason D. Lamm, is REPRIMANDED.



/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk